# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3683
L.T. Case No. 16-2024-CA-000040

_____

SOMBERLYN WILLIAMS,

    Appellant,

    v.

NARAYAN JACKSONVILLE HOTEL,
LLC,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Somberlyn Williams, Orange Park, pro se.

Michael V. Andriano, of Cole, Scott & Kissane, P.A.,
Orlando, for Appellee.

June 9, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____